IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mondell Alexander, | Case No. 1:13 CV 1080 |
| Petitioner, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Jason Bunting, | |
| Respondent. | |

This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge filed May 21, 2014 (Doc. 8). The R&R recommends this Court dismiss this matter as time barred.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R, at which time this Court makes a de novo determination of those portions of the R&R to which objections were made. The failure to file objections within the time frame set forth in the statute constitutes a waiver of de novo review by the district court. *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Petitioner's deadline for filing objections has passed, and no requests for extension have been received. The R&R accurately states the facts and law, which this Court adopts in its entirety. Accordingly, this Court denies the Petition and this case is dismissed with prejudice.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

June 10, 2014